# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAYKEL TORRES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2076

[November 24, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 14-009348-CF-10A.

Maykel Torres, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***